CONSOLIDATED EDISON OF NEW YORK, INC.
Att. Law Department
4 Irving Place RM 1875
New York, NY 10003

KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017

MATTONE, MATTONE, MARRONE, LLP
134-01 20th Avenue
College Point, NY 11356

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
Attn: Office of Counsel
Building 9, W A Harriman Campus
Albany, New York 12227

NEW YORK CITY DEPARTMENT OF FINANCE
100 Church Street
New York, New York 10007

STEIN ADLER DABAH & ZELKOWITZ LLP
1633 Broadway, 46th Floor
New York, NY 10019

147TH STREET FUNDING LLC
c/o Hirshmark Capital LLC
15 West 26th Street, Suite 901
New York, New York 10010

42-43 147TH LENDER LLC
c/o Yassky Properties
424 Madison Avenue, 16th Floor
New York, NY 10017