UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

42-43 147th STREET LLC.                                      Case No.

     Debtor

-----------------------------------------------------------X

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANK. P. 1007(a)(1) AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

     Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, 42-43 147th STREET LLC., as debtor in possession, respectfully represents that 100% of the shares of 42-43 147th STREET LLC. are directly owned by Konstantina Biscardi.

Dated: March 2, 2022

                                                                       Name: Konstantina Biscardi
                                                                       Title: President